IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| AN EJERCITO ARGENTINO .45 CALIBER | ) | |
| HANDGUN, SERIAL NUMBER 39383, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this __17__ day of __February__ , 2016, upon consideration of

the United States' Motion for Judgment and Final Order of Forfeiture, it is hereby ORDERED

that the Motion is GRANTED and that the Ejercito Argentino .45 caliber handgun, serial number

39383 (the "Defendant Firearm"), is forfeited to the United States of America free and clear of

all right, title, and interest of any person or entity; and it is

FURTHER ORDERED that judgment is entered that the Defendant Firearm is forfeitable

to the United States pursuant to 21 U.S.C. § 881(a)(11).

The Clerk shall mark this case closed.


_Maurice B. Cohill, Jr._
United States District Court Judge